INDEX #: **08 CIV 6150**
Date Filed: **July 3, 2008**
Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: BALLON,STOLL,BADER PC   PH: 212-575-7900
Address: 729 7TH AVENUE, 17TH FLOOR   NEW YORK NY 10019   File No.:

ROBERT MAKOWSKI

vs                                                                                      *Plaintiff(s)/Petitioner(s)*

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                    **AFFIDAVIT OF SERVICE**

__Linden Blackman__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __July 14, 2008__ at __10:15AM__, at __C/O LOCAL 145, 214-38 HILLSIDE AVENUE, QUEENS VILLAGE, NY 11427__, deponent served the within __Civil Cover Sheet, Jury Trial Demanded and Summons and Complaint__

on: __SAL ANTONUCCI__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ] By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to __SISI SUAREZ__ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____.

**#5 MAIL COPY** [X] On __July 15, 2008__, deponent completed service by depositing a true copy of each document to the Defendant at __C/O LOCAL 145, 214-38 HILLSIDE AVENUE, QUEENS VILLAGE, NY 11427__ in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex: __Female__   Color of skin: __Brown__   Color of hair: __Black__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on __July 15, 2008__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Linden Blackman
Server's Lic # 871311
Invoice/Work Order # 08018882

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM