INDEX #: 08 CIV 6150
Date Filed: July 3, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: BALLON, STOLL, BADER PC   PH: 212-575-7900
Address: 729 7TH AVENUE, 17TH FLOOR   NEW YORK   NY   10019   File No.: _____

ROBERT MAKOWSKI

vs

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Linden Blackman, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On July 14, 2008 at 10:15AM, at 214-38 HILLSIDE AVENUE, QUEENS VILLAGE, NY 11427, deponent served the within Civil Cover Sheet, Jury Trial Demanded and Summons and Complaint

on: **LOCAL 45**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]   By delivering thereat a true copy of each to SISI SUAREZ personally, deponent knew the person so served to be the AGENT AUTHORIZED of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]   On _____, deponent completed service by depositing a true copy of each document to the Defendant at 214-38 HILLSIDE AVENUE, QUEENS VILLAGE, NY 11427 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 30 - 40 Yrs.   Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs.   Other Features: _____

**#7 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on July 15, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No. 01RE5067464, Westchester County
Commission Expires Oct. 15, 2010

Linden Blackman
Server's Lic # 871311
Invoice/Work Order # 08018890

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM