INDEX # 08 CIV 6150
Date Filed: **July 3, 2008**
Court Date: _____

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

DISTRICT: **SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BALLON, STOLL, BADER PC   PH: 212-575-7900
Address: 729 7TH AVENUE, 17TH FLOOR  NEW YORK  NY  10019   File No.: _____

ROBERT MAKOWSKI

vs

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Cory Banks_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On _____July 21, 2008_____ at _____12:20PM_____, at _____395 HUDOSN STREET, NEW YORK, NY 10018_____, deponent served the within _____Civil Cover Sheet, Jury Trial Demanded and Summons and Complaint_____

on: _____MARTIN DEVEREAUX_____, _____Defendant_____ therein named.

**#1 INDIVIDUAL** ☐
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** ☐
By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the_____ of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X]
By delivering a true copy of each to _____STEVE KASARDA_____ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐
By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** [X]
On _____July 21, 2008_____, deponent completed service by depositing a true copy of each document to the Defendant at _____395 HUDOSN STREET, NEW YORK, NY 10018_____ in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail #_____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _Male_   Color of skin: _White_   Color of hair: _Brown_   Age: _40 - 50 Yrs._   Height: _5' 4" - 5' 8"_
Weight: _161 - 200 Lbs._   Other Features: _____

**#7 WIT. FEES** ☐
the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** ☐
Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** ☐
The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** ☐

Sworn to before me on _____July 21, 2008_____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067964, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08018888

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*