INDEX #: _____ 08 CIV 6150 _____
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
Attorneys:  BALLON,STOLL,BADER PC    PH: 212-575-7900
Address:    729 7TH AVENUE, 17TH FLOOR  NEW YORK  NY  10019    File No.:

**DISTRICT:  SOUTHERN DISTRICT OF NEW YORK**

---

*ROBERT MAKOWSKI*

vs                                                    *Plaintiff(s)/Petitioner(s)*

*UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL*

---

                                                    *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:          **AFFIDAVIT OF SERVICE**

_____ Cory Banks _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years
of age and resides in New York State. On _____ July 21, 2008 _____ at _____ 12:20PM _____,
at _____ C/O DISTRICT COUNSEL , 395 HUDSON STREET, NEW YORK, NY 10014 _____, deponent served the within
_____ Civil Cover Sheet, Jury Trial Demanded and Summons and Complaint _____

on: _____ **DENNIS SHIEL** _____, _____ **Defendant** _____ therein named.

#1 INDIVIDUAL ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
therein.

#2 ☐   By delivering thereat a true copy of each to_____ personally, deponent knew the person so served
to be the_____of the , and authorized to accept service on behalf of the .

#3 SUITABLE
AGE PERSON [X]   By delivering a true copy of each to_____ STEVE KASARDA _____a person of suitable age and discretion.
Said premises is recipient's: [ X ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING
TO DOOR ☐   By affixing a true copy of each to the door of said premises, which is recipient's:[ ] actual place of business   [ ] dwelling house
(place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

#5 MAIL COPY   On_____ July 21, 2008 _____, deponent completed service by depositing a true copy of each document to the Defendant at
[X]            C/O DISTRICT COUNSEL , 395 HUDSON STREET, NEW YORK, NY 10014
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New York ☐ and Certified Mail #

#6 DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]            Sex:_Male_   Color of skin:__White__   Color of hair:_Brown_   Age:_40 - 50 Yrs._   Height:_5' 4" - 5' 8"_
(use with #1, 2 or 3)  Weight:_161 - 200 Lbs._   Other Features:_____

#7 WIT. FEES ☐   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC ☐  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC
CIVIL COURT ☐   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER ☐

Sworn to before me on _____ July 21, 2008 _____

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Cory Banks
Server's Lic # 1166423
Invoice/Work Order # 08018886

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*