USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT MAKOWSKI,

        Plaintiff,

-against-

UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF
AMERICA, DISTRICT COUNCIL OF NEW YORK
CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, LOCAL 157 OF
DISTRICT COUNCIL OF NEW YORK
CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, LOCAL 608 OF
DISTRICT COUNCIL OF NEW YORK
CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, LOCAL 608 NORTH OF
DISTRICT COUNCIL OF NEW YORK
CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, LOCAL 45 OF
DISTRICT COUNCIL OF NEW YORK
CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DOUGLAS J. MCCARRON,
DENIS SHIEL, FRED KENNEDY, BILL HANLEY,
MARTIN DEVEREAUX, GEORGE DILACIO, VIN TADDEO,
SAL ANTONUCCI, NATIONAL ENVIRONMENTAL SAFTEY
COMPANY, INC., FELIX "DOE," JR., FELIX "DOE" SR.,
TOM "DOE," NOEL "DOE," "JOHN DOE 1-8,"
"JOHN DOE INC. 9-15," and METROPOLITAN
ARCHITECTURAL WOODWORK LLC,

        Defendants.
---------------------------------------------------------------X

Docket No. 08 CIV 6150

**Stipulation Extending
Time to Answer**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys that defendant, National Environmental Safety Company Inc.'s time within which to appear, answer or move with respect to the summons and complaint be, and the same hereby is, extended up to and including **August 29, 2008**, provided that said defendant waives, and its answer or motion does not assert, an affirmative defense of lack of personal jurisdiction or want of service of the summons and complaint. Facsimile or PDF copies of this Stipulation may be treated as originals.

DATED:   New York, New York
         July 25, 2008

_____          _____
Eric Michael Pasinkoff, Esq. (EMP 6391)   Marshall B. Bellovin, Esq. (MB 5508)
Attorney for Defendant,            Attorneys for Plaintiff,
National Environment Safety Company Inc.   Ballon Stoll Bader & Nadler, P.C.,
260 Madison Avenue, 22nd Floor     729 Seventh Avenue, Floor 17
New York, NY 10016                 New York, NY 10019
(212)332-3334                      (212)575-7900


SO ORDERED: JUL 30 2008

_____
U.S.D.J.

# ERIC MICHAEL PASINKOFF
## ATTORNEY AT LAW

260 MADISON AVENUE - 22ND FLOOR
NEW YORK, NEW YORK 10016
TELEPHONE (212) 332-3334
FACSIMILE (212) 486-7064
EMAIL EPASINKOFF@PASINKOFFLAW.COM

July 30, 2008

Via Fax: (212) 805-6304

Judge Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
New York, New York 10007

Re:   Robert Makowski-v-United Brotherhood of Carpenters, et. al.
      08 Civ 6150
      Defendant, National Environmental Safety Company, Inc.'s
      request for an extension of time to answer the Complaint

Honorable Sir:

I represent National Environmental Safety Company, Inc., one of the defendant's in the above captioned action.

I hereby request an extension of said defendant's time to answer or move with respect to the Summons and Complaint to August 29, 2008.

National Environmental Safety Company, Inc.'s answer to the Complaint was originally to be made by August 4, 2008.

There has not been any previous request for an extension of National Environmental Safety Company, Inc.'s time to answer

Plaintiff's counsel has consented to the extension. A stipulation has been signed. A copy of the Stipulation is annexed.

It is, therefore, requested that the defendant, National Environmental Safety Company, Inc.'s time to answer or move with respect to the Summons and Complaint be extended, in accordance with the Stipulation, to August 29, 2008.

Thank you for your courtesy.

Very truly yours,

Eric Michael Pasinkoff

EMP:ms
Enc.

Cc: Marshall B. Bellovin, Esq. c/o
    Ballon, Stoll Bader & Nadler, P.C.
    [Via fax (212) 764-5060]