UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROBERT MAKOWSKI,

                    Plaintiff,

                    -against-

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, LOCAL 608 OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF
THE UNITED BROTHERHOOD OF CARPENTERS and
JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, DOUGLASS J. MCCARRON, DENIS SHIEL,
FRED KENNEDY, BILL HANLEY, MARTIN DEVEREAUX,
GEORGE DILACIO, VIN TADDEO, SAL ANTONUCCI,
NATIONAL ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE", NOEL "
DOE," "JOHN DOE 1-8," "JOHN DOE INC. 9-15", AND
METROPOLITAN ARCHITECTURAL WOODWORK, LLC.

                    Defendants.
------------------------------------------------------------------------X

08 Civ. 6150 (PAC)

NOTICE OF
APPEARANCE

      PLEASE TAKE NOTICE, that O'DWYER & BERNSTIEN, LLP, 52 Duane Street, New York, New York, 10007, 212-571-7100, hereby appears as attorneys of record for defendants DISTRICT COUNSEL [sic OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 157 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED

BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 NORTH OF DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 45 THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, DENIS SHIEL, FRED KENNEDY, MARTIN DEVEREAUX, VIN TADDEO AND SAL ANTONUCCI and requests that all papers served relating to the above matter be served on the undersigned at the address set forth above.

Dated:   New York, New York
         July 31, 2008

                                          O'DWYER & BERNSTIEN, LLP

                                    By:   s/ *Gary Silverman* _____
                                          GARY SILVERMAN (GS 9287)
                                          *Attorneys for Defendants District Council, Local 157, Local 608, Local 608N, Local 45, Sheil, Kennedy, Devereaux, Taddeo & Antonucci*
                                          52 Duane Street
                                          New York, New York 10007
                                          (212) 571-7100

To:   Marshall B. Bellovin, Esq.
      *Attorneys for Plaintiff*
      Ballon Stoll Bader & Nadler, P.C.
      729 Seventh Avenue, 17th Floor
      New York, NY 10019
      (212) 575-7900