UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROBERT MAKOWSKI,

                Plaintiff,

                -against-

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, LOCAL 608 OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF
THE UNITED BROTHERHOOD OF CARPENTERS and
JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, DOUGLASS J. MCCARRON, DENIS SHIEL,
FRED KENNEDY, BILL HANLEY, MARTIN DEVEREAUX,
GEORGE DILACIO, VIN TADDEO, SAL ANTONUCCI,
NATIONAL ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE", NOEL "
DOE," "JOHN DOE 1-8," "JOHN DOE INC. 9-15", AND
METROPOLITAN ARCHITECTURAL WOODWORK, LLC.

                Defendants.
------------------------------------------------------------------------X

08 Civ. 6150 (PAC)

NOTICE OF
<u>APPEARANCE</u>

      PLEASE TAKE NOTICE, that O'DWYER & BERNSTIEN, LLP, 52 Duane Street, New York, New York, 10007, 212-571-7100, hereby appears as attorneys of record for defendants DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 157 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED

BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 NORTH OF DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 45 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, DENIS SHIEL [sic], MARTIN DEVEREAUX, VIN TADDEO and SAL ANTONUCCI  and requests that all papers served relating to the above matter be served on the undersigned at the address set forth above.

Dated:      New York, New York
            July 31, 2008

                                    O'DWYER & BERNSTIEN, LLP

                            By:        s/ *Gary Silverman*
                                    GARY SILVERMAN (GS 9287)
                                    *Attorneys for Defendants District Council, Local 157, Local 608, Local 608N, Local 45, Sheil, Devereaux, Taddeo and Antonucci*
                                    52 Duane Street
                                    New York, New York 10007
                                    (212) 571-7100


To:    Marshall B. Bellovin, Esq.
       *Attorneys for Plaintiff*
       Ballon Stoll Bader & Nadler, P.C.
       729 Seventh Avenue, 17th Floor
       New York, NY 10019
       (212) 575-7900