INDEX # : **08 CIV 6150**
Date Filed: **July 3, 2008**
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BALLON, STOLL, BADER PC   PH: 212-575-7900
Address: 729 7TH AVENUE, 17TH FLOOR   NEW YORK NY 10019   File No.:

*ROBERT MAKOWSKI*

*vs*   Plaintiff(s)/Petitioner(s)

*UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL*

Defendant(s)/Respondent(s)

STATE OF **WASHINGTON DC**, COUNTY OF _____  SS.:   **AFFIDAVIT OF SERVICE**

**Tony Snesko**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in WASHINGTON DC.   **July 23, 2008**   at   **2:45PM**,

at **c/o UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, 101 CONSTITUTIONAL AVENUE, NW WASHINGTON, DC**, deponent served the within

Civil Cover Sheet, Jury Trial Demanded and Summons and Complaint

on: **DOUGLASS J. MCCARRON**, **Defendant** therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ☐ By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **TONY JENKINS** a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of _____ at _____
on the ____ day of _____ at _____
on the ____ day of _____ at _____

#5 MAIL COPY [X] On **July 23, 2008**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of WASHINGTON DC.

#6 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: **Male**  Color of skin: **Black**  Color of hair: **Black**  Age: **50-60 Yrs.**  Height: **5'4" - 5'8"**
Weight: **161 - 200 Lbs.**  Other Features: _____

#7 WIT. FEES ☐ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of WASHINGTON DC and was informed that recipient was not. Recipient wore ordinary civilian clothes and no

#9 OTHER ☐

Sworn to before me on   **July 24, 2008**

Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2012

TONY SNESKO
Server's Lic #
Invoice/Work Order # 08019278

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*