UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT MAKOWSKI,

            Plaintiff,

      -against-

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, LOCAL 608 OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF
THE UNITED BROTHERHOOD OF CARPENTERS and
JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, DOUGLASS J. MCCARRON, DENIS SHIEL,
FRED KENNEDY, BILL HANLEY, MARTIN DEVEREAUX,
GEORGE DILACIO, VIN TADDEO, SAL ANTONUCCI,
NATIONAL ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE", NOEL "
DOE," "JOHN DOE 1-8," "JOHN DOE INC. 9-15", AND
METROPOLITAN ARCHITECTURAL WOODWORK, LLC.

            Defendants.
---------------------------------------------------------------X

08 Civ. 6150 (PAC)

STIPULATION (1)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for parties hereto that the time of defendants UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AND DOUGLAS J. MCCARRON to answer or move with respect to the complaint is extended to and including September 8, 2008.

IT IS FURTHER STIPULATED AND AGREED, that the foregoing defendants waive defenses relating to service of process and personal jurisdiction.

Dated:   New York, New York
         August 1, 2008

O'DWYER & BERNSTIEN, LLP
*Local* Counsel to DeCarlo, Connor & Shanley, P.C.
*Attorneys for Defendants United*
*Brotherhood of Carpenters and McCarron*

By: GARY SILVERMAN (GS-9287)
52 Duane Street
New York, New York 10007
(212) 571-7100


BALLON STOLL BADER & NADLER, P.C.
*Attorneys for Plaintiffs*

By: MARSHALL B. BELLOVIN (MB-5508)
729 Seventh Avenue, 17th Floor
New York, New York 10019
(212) 575-7900


SO ORDERED: AUG 0 5 2008

_____
U.S.D.J.

| | | |
|---|---|---|
| BRIAN O'DWYER<br>GARY SILVERMAN<br>CHRISTOPHER DOWNES*<br>VICTOR GRECO<br>CODY K. M<sup>c</sup>CONE<br>GARY P. ROTHMAN*<br>MARIANNA O'DWYER<br>———<br>STEVEN ARIPOTCH<br>J. P. DELANEY<br>RAÚL GARCÍA<br>ROBERT DUNNE<br>JASON S. FUIMAN*<br>M. GLADYS T. ORANGA<br>ANDREW R. GRABOIS<br>NICHOLAS S. HANLON<br>HELEN WROBEL<br>JOY K. MELE*<br>DAVID P. OFENLOCH | **O'DWYER & BERNSTIEN, LLP**<br>ATTORNEYS AT LAW<br>PAUL O'DWYER WAY<br>52 DUANE STREET<br>NEW YORK, N.Y. 10007<br>(212) 571-7100<br>(516) 248-4224<br>FAX (212) 571-7124<br> | PAUL O'DWYER (1907-1998)<br>OSCAR BERNSTIEN (1885-1974)<br>FRANK DURKAN (1930-2006)<br>———<br>OF COUNSEL:<br>THOMAS J. HUGHES, JR.<br>ANNE M. PAXTON<br>MICHAEL CARROLL<br>CRAIG R. NUSSBAUM **<br>* ALSO ADMITTED IN NJ<br>** ALSO ADMITTED IN CT<br>△ ALSO ADMITTED IN PA & NJ<br>ºJ.D. NOT ADMITTED<br>WRITER'S DIRECT DIAL |

August 4, 2008

<u>By Hand</u>
Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

  Re: Makowski v. United Brotherhood of Carpenters, etc., et al.
    <u>08 Civ. 6150 (PAC)</u>

Dear Judge Crotty:

  This firm is local counsel to DeCarlo, Connor & Shanley, P.C., attorneys for defendants United Brotherhood of Carpenters and Joiners of America and Douglas J. McCarron.

  We write with respect to an extension of time to respond to the complaint. Plaintiff's counsel, Marshall B. Bellovin, Esq. has consented to this extension.

  According to the Clerk's office (and as reflected on PACER) the answers of defendants United Brotherhood of Carpenters and Joiners of America and Douglas J. McCarron are due August 12, 2008.

  Counsel have entered into a stipulation providing the time for the above defendants to answer or move is extended to and including September 8, 2008. This is the first request for extension of time.

  We respectfully request that the Court "So Order" the enclosed Stipulation. Thank you for consideration of this request.

                Respectfully yours,

                O'DWYER & BERNSTIEN, LLP

                GARY SILVERMAN (GS9287)

cc: Marshall B. Bellovin, Esq.
Enc.