USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

ROBERT MAKOWSKI,

               Plaintiff,

          -against-

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, LOCAL 608 OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF
THE UNITED BROTHERHOOD OF CARPENTERS and
JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, DOUGLASS J. MCCARRON, DENIS SHIEL,
FRED KENNEDY, BILL HANLEY, MARTIN DEVEREAUX,
GEORGE DILACIO, VIN TADDEO, SAL ANTONUCCI,
NATIONAL ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE", NOEL "
DOE," "JOHN DOE 1-8," "JOHN DOE INC. 9-15", AND
METROPOLITAN ARCHITECTURAL WOODWORK, LLC.

             Defendants.
--------------------------------------------------------------------X

08 Civ. 6150 (PAC)

STIPULATION (2)

     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for parties

hereto that the time of defendants DISTRICT COUNCIL OF NEW YORK CITY AND

VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, LOCAL 157 OF THE DISTRICT COUNCIL OF NEW YORK CITY AND

VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, LOCAL 608 OF THE DISTRICT COUNCIL OF NEW YORK CITY AND

VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, LOCAL 608 NORTH OF DISTRICT COUNCIL OF NEW YORK CITY AND

VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, LOCAL 45 OF THE DISTRICT COUNCIL OF NEW YORK CITY AND

VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, DENIS SHEEL, MARTIN DEVEREAUX, VIN TADDEO and SAL ANTONUCCI

to answer or move with respect to the complaint is extended to and including August 29, 2008.

IT IS FURTHER STIPULATED AND AGREED, that the foregoing defendants waive

defenses relating to service of process and personal jurisdiction.

Dated:      New York, New York
            July 31, 2008

O'DWYER & BERNSTIEN, LLP                 BALLON STOLL BADER & NADLER, P.C.
Attorneys for Defendants District        Attorneys for Plaintiff
Council, Local 157, Local 608,
Local 608N, Local 45, Sheil,
Devereaux, Taddeo and Antonucci


By: GARY SILVERMAN (GS-9287)             By: MARSHALL B. BELLOVIN (MB-5508)
52 Duane Street                          729 Seventh Avenue, 17th Floor
New York, New York 10007                 New York, New York 10019
(212) 571-7100                           (212) 575-7900


SO ORDERED: AUG 0 5 2008


U.S.D.J.

2

BRIAN O'DWYER
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. M°CONE
GARY P. ROTHMAN*
MARIANNA O'DWYER

STEVEN ARIPOTCH
J. P. DELANEY
RAÚL GARCÍA
ROBERT DUNNE
JASON S. FUIMAN*
M. GLADYS T. ORANGA
ANDREW R. GRABOIS
NICHOLAS S. HANLON
HELEN WROBEL
JOY K. MELE*
DAVID P. OFENLOCH

**O'DWYER & BERNSTEIN, LLP**

ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007
(212) 571-7100
(516) 248-4224
FAX (212) 571-7124



August 4, 2008

PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)
FRANK DURKAN (1930-2006)

OF COUNSEL:
THOMAS J. HUGHES, JR.
ANNE M. PAXTON
MICHAEL CARROLL
CRAIG R. NUSSBAUM **

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CT
* ALSO ADMITTED IN PA & NJ
*J.D. NOT ADMITTED

WRITER'S DIRECT DIAL

By Hand
Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Makowski v. United Brotherhood of Carpenters, et al.
          08 Civ. 6150 (PAC)

Dear Hon. Crotty:

    This firm represents defendants District Council of Carpenters, Local 157, Local 608, Local 608 N, Local 45, Denis Sheil, Martin Devereaux, Vin Taddeo and Sal Antonucci. We write with respect to an extension of time to respond to the complaint. Plaintiff's counsel, Marshall B. Bellovin, Esq. has consented to this extension.

    The Defendants represented by this firm were served at different times, and thus their answers are due at various times. According to the Clerk's office (and as reflected on Pacer) the answers of defendants Antonucci and Local 45 are due August 4, 2008, the answer for defendant Local 608 N is due August 6, 2008, and the answers for defendants District Council, Local 157, Local 608, Denis Sheil, Martin Devereaux, Vin Taddeo and Sal Antonucci are due August 11, 2008.

    Counsel have entered into a stipulation providing the time for the above defendants to answer or move is extended to and including August 29, 2008. This is the first request for extension of time.

    We respectfully request that the Court "So Order" the enclosed Stipulation. Thank you for consideration of this request.

                            Respectfully yours,

                            O'DWYER & BERNSTIEN, LLP

                            GARY SILVERMAN (GS9287)

cc:    Marshall B. Bellovin, Esq.
enc.