INDEX # :     08 CIV 6150

Date Filed:     July 3, 2008

Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: BALLON,STOLL,BADER PC    PH: 212-575-7900
Address:    729 7TH AVENUE, 17TH FLOOR   NEW YORK   NY   10019    File No.:

*ROBERT MAKOWSKI*

*vs*       *Plaintiff(s)/Petitioner(s)*

*UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, ET AL*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:      **AFFIDAVIT OF SERVICE**

_____DANIEL Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___August 11, 2008___ at ___4:45PM___,

at_____ 601 LEHIGH AVENUE, UNION, NJ 07083 _____, deponent served the within

_____ Summons and Complaint, & Civil Cover Sheet _____

on: _____ **METROPOLITAN ARCHITECTURAL WOODWORK, LLC** _____,    **Defendant**    therein named.

**#1 INDIVIDUAL**   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
□    therein.

**#2   LLC**   By delivering thereat a true copy of each to_____ DEBBIE HENDRICKSON _____ personally, deponent knew the person so served
[X]    to be the _____ MANAGING AGENT _____ of the LLC, and authorized to accept service on behalf of the LLC.

**#3 SUITABLE**   By delivering a true copy of each to _____ _____ a person of suitable age and discretion.
**AGE PERSON**   Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.
□

**#4 AFFIXING**   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house
**TO DOOR**   (place of abode) within the state.
□

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY**   On _____ August 13, 2008 _____, deponent completed service by depositing a true copy of each document to the Defendant at
601 LEHIGH AVENUE, UNION, NJ 07083

[X]    in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
and custody of the United States Post Office in the State of New York □ and Certified Mail #_____

**#6 DESCRIPTION**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]    Sex: _Female_     Color of skin:___White___     Color of hair:___Black___    Age: _40 - 50 Yrs._    Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)   Weight: _131 - 160 Lbs._    Other Features: _____

**#7 WIT. FEES**   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC**
**CIVIL COURT**   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on    August 13, 2008

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5967464, Westchester County
Commission Expires Oct.15, 2010

_____
DANIEL Knight
Server's Lic #
Invoice/Work Order # 08020869

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*