USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT MAKOWSKI,

                Plaintiff,

-against-                             Case No. 08-CV-6150(PAC)

UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED       ORDER
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, LOCAL 608 OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF
THE UNITED BROTHERHOOD OF CARPENTERS
and JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA, DOUGLASS J. MCCARRON,
DENIS SHIEL, FRED KENNEDY, BILL HANLEY,
MARTIN DEVEREAUX, GEORGE DILACIO,
VIN TADDEO, SAL ANTONUCCI, NATIONAL
ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE",
NOEL " DOE," "JOHN DOE 1-8," "JOHN DOE INC. 9-15",
AND METROPOLITAN ARCHITECTURAL
WOODWORK, LLC.,

                Defendants.
------------------------------------------------------------X

    Upon the motion of Gary Rothman, attorney for Defendants DISTRICT COUNSEL

[sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS

AND JOINERS OF AMERICA, LOCAL 157 OF THE DISTRICT COUNSEL [sic] OF NEW YORK

CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF

AMERICA, LOCAL 608 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY

OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 NORTH OF DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 45 OF THE DISTRICT COUNSEL [sic] OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, DENIS SHIEL [sic], MARTIN DEVEREAUX, VIN TADDEO and SAL ANTONUCCI and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that, Brian F. Quinn, Esq., of DeCarlo, Connor & Shanley, P.C., 101 Constitution Avenue, N.W., Tenth Floor, Washington, D.C. 20001, Telephone: (202) 589-1151, Facsimile: (202) 589-0105, bquinn@deconsel.com is admitted to practice pro hac vice as counsel for United Brotherhood of Carpenters and Joiners of America, and Douglas J. McCarron, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
New York, New York

Paul A. Crotty,
United States District Court Judge