UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ROBERT MAKOWSKI,

                                                                                                                                    08 Civ. 6150 (PAC)

                      Plaintiff,

                      -against-                                            NOTICE OF
                                                                                          APPEARANCE

UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF
AMERICA, DISTRICT COUNSEL OF NEW YORK CITY and
VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA, LOCAL 157 OF DISTRICT COUNSEL
OF NEW YORK CITY and VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 608 OF
DISTRICT COUNSEL OF NEW YORK CITY and VICINITY OF THE
UNITED BROTHERHOOD OF CARPENTERS AND JOINERS
OF AMERICA, LOCAL 608 NORTH OF DISTRICT COUNSEL OF
NEW YORK CITY and VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS and JOINERS OF AMERICA, LOCAL 45 OF DISTRICT
COUNSEL OF NEW YORK CITY and VICINITY OF THE UNITED
BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,
DOUGLASS J. MCCARRON, DENIS SHIEL, FRED KENNEDY, BILL
HANLEY, MARTIN DEVEREAUX, GEORGE DILACIO, VIN TADDEO, SAL
ANTONUCCI, NATIONAL ENVIRONMENTAL SAFETY COMPANY, INC.,
FELIX "DOE," JR. FELIX "DOE" SR., TOM "DOE", NOEL " DOE," "JOHN
DOE 1-8," "JOHN DOE INC. 9-15", AND
METROPOLITAN ARCHITECTURAL WOODWORK, LLC.
                                                 Defendants.
------------------------------------------------------------------------------X

PLEASE TAKE NOTICE, that Eric Michael Pasinkoff, Esq. with office at 260 Madison Avenue, 22nd Floor, New York, New York, 10016, telephone no. (212)-332-3334, hereby appears as counsel in this case for defendant, National Environmental Safety Company Inc., and requests that all papers served relating to the above matter be served on the undersigned at the address set forth above.

I certify that I am admitted to practice in this court.

Dated: New York, New York
      August 27, 2008

                                       By: s/ Eric Micheal Pasinkoff
                                             ERIC MICHAEL PASINKOFF, Esq. (EP6391)
                                             Attorney for Defendant, National Environmental
                                             Safety Company
                                             260 Madison Avenue, 22nd Floor
                                             New York, New York 10016
                                             (212) 332-3334
                                             epasinkoff@pasinkofflaw.com

To: Marshall Bellovin, (MB-5508)
    Attorneys for Plaintiff
    Ballon Stoll Bader & Nadler, P.C.
    729 Seventh Avenue, 17th Floor
    New York, New York 10019
    (212) 575-7900

    Gary Silverman (GS 9287)
    Attorneys for Defendants District Council,
    Local 157, Local 608, Local 608N, Local 45,
    Sheil, Kennedy, Devereaux, Taddeo & Antonucci
    O'Dwyer & Bernstien, LLP
    52 Duane Street
    New York, New York 10007
    (212) 571-7100

    Brian F. Quinn (BQ    )
    Attorneys for Defendants
    United Brotherhood of Carpenters and Joiner
    of America and Douglas J. McCarron
    De Carlo, Connor & Shanley, P.C
    101 Constitution Avenue, N.W.
    10th Floor
    Washington, DC 20001
    (202) 589-1151